THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID HOLLANDER,

Appellant.— Judgment affirmed.   No opinion.   Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.